# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br>Garfield REDDEN<br>a/k/a: Michael Gary REID,<br>George Wilbert SCOTT Jr.,<br>Robert A. WEST,<br>Mark A. MILLER,<br>Ian LIVEY | ) Magistrate Docket No._____<br>) '08 MJ 0947<br>) COMPLAINT FOR<br>) VIOLATION OF:<br>)<br>) TITLE 18 U.S.C. 911<br>) False Representation of U.S. Citizenship<br>)<br>) and<br>) Title 18 U.S.C. 1028A<br>) Aggravated Identity Theft |

2008 MAR 27 PM 4:37

The undersigned complainant, being duly sworn, states:

On or about the 4th day of March 2008 in the Southern District of California, the defendant, Garfield REDDEN, an alien in the United States, falsely and willfully represented himself to be a citizen of the United States to an officer of the Department of State in association with a passport application, in violation of Title 18, United States Code, Section 911,

On or about the 4th day of March 2008 in the Southern District of California, the defendant, Garfield REDDEN, did knowingly, possess and use, without lawful authority, a means of identification of another person during and in relation to a false personation of citizenship in violation of Title 18, United States Code, Section 911, in violation of Title 18, United States Code, Section 1028A(a)(1).

The complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

R. Christopher Good, Special Agent
U.S. Department of State
Diplomatic Security Service

SWORN AND SUBSCRIBED TO before me
This 27th day of March, 2008.

UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT RE:

Garfield REDDEN
a/k/a: Michael Gary REID, George Wilbert SCOTT Jr.,
Robert A. WEST, Mark A. MILLER, Ian LIVEY.

*STATEMENT OF FACTS*

I, Robert Christopher Good, being duly sworn, hereby depose and say:

1. I am a Special Agent with the United States Department of State (hereinafter, "State Department"), Diplomatic Security Service (DSS), and have been so employed since April 2002.

2. During my employment as a DSS Special Agent, I have investigated or assisted in the investigation of numerous violations concerning Passport and Visa fraud offenses, and other associated Identity Theft crimes, to include violations of Title 18 U.S.C. Sections: 911, 1001, 1028, 1028A, 1542, 1543, 1544, 1546. My investigations or assistance has resulted in criminal charges having been brought on behalf of the United States for violations of the same.

3. Based upon my training and experience, a review of documents and other relevant information that I believe to be reliable, as well as discussions with other State Department agents and law enforcement officials, I believe that probable cause exists to believe that: 1) Garfield REDDEN, AKA Michael Gary REID, George Wilbert SCOTT Jr., Robert A. WEST, Mark A. MILLER, Ian LIVEY, who purported himself to be George Wilbert SCOTT Jr. in an application for a United States Passport, has violated Title 18, United States Code, Section 911: False Claim to US Citizenship, and Title 18, United States Code, Section 1028A: Aggravated Identity Theft.

4. The facts and circumstances of this investigation have been summarized below for the specific purpose of this application. Since this affidavit is submitted for the limited purpose of obtaining an arrest warrant I have not set forth each and every known fact pertinent to this investigation and have included primarily those facts that I believe are necessary to establish probable cause.

5. In my capacity as a Special Agent, I have been investigating the whereabouts and activities of Garfield REDDEN, AKA Michael Gary REID, George Wilbert SCOTT Jr., Robert A. WEST, Mark A. MILLER, Ian LIVEY (hereinafter referred to as "SUBJECT"). Affiant's investigation to date has disclosed that:

6. On 04/05/2007, SUBJECT, purporting himself to be George Wilbert SCOTT Jr., executed an Application for a United States Passport, form DS-11 #500712848. On the DS-11, SUBJECT listed his date of Birth as 08/08/1976, Place of Birth as St. Croix, US Virgin Island [sic], Social Security Number as 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, and his mailing address as 7107 Broadway #336, El Cajon, CA 91945. As evidence of his identity, SUBJECT presented California Drivers License # D9575910 in the name of George Wilbert SCOTT Jr. As evidence of his U.S. Citizenship, SUBJECT presented a Virgin Islands of the United States Birth Certificate in the name of George Wilbert SCOTT Jr. SUBJECT executed the application under oath beneath the following jurat: " *I declare under penalty of perjury that I am a United States citizen (or non-citizen national) ... I declare under penalty of perjury that the statements made on this application are true and correct.*"

7. Affiant obtained SUBJECT's California Drivers License records from the California Dept. of Motor Vehicles. SUBJECT holds one (1) California Drivers License # D957591, and one (1) California Identification Card # D9575910; both in the name of George Wilbert SCOTT Jr, DOB: 08/08/1976. The

address listed on the CA Drivers License is 7107 Broadway, PMB 336, Lemon Grove, CA 91945. The address listed on the Identification Card is 267 Orlando St, Apt 21, El Cajon, CA 92021.

8.  Affiant sent the right thumb fingerprint from SUBJECT's California Driver License # D9575910 in the name of George W. SCOTT Jr., to the Federal Bureau of Investigation- Fingerprint Special Processing Center for analysis. (Note: this CA Drivers License was used as evidence of identity by SUBJECT for his US Passport application). The FBI fingerprint search revealed that SUBJECT's right thumb fingerprint matched to a fingerprint record from FBI criminal history record # 589501RB9 in the name of Michael Gary REID.

9.  Affiant searched law enforcement databases on FBI # 589501RB9 which revealed a criminal history record under the name of Michael Gary REID with place of birth as Florida, and dates of birth as 06/17/1976 and 08/08/1976. The record shows REID (SUBJECT) is associated with State Identification Number (SID) TX06667572 and currently wanted by Chambers County Sheriffs Office, Anahuac, Texas on Felony drug related charges.

10.  Affiant requested and received a copy of the 10-print fingerprint card from SUBJECT's 03/28/2001 arrest, in the name of Michael Gary REID, from the Chambers County Sheriffs Office, Anahuac, TX. Both this 10-print fingerprint card in the name of REID and SUBJECT's CA Drivers License # D9575910 (with right thumbprint) in the name of SCOTT were then sent to the US Dept. of Homeland Security's BSC-West, Fingerprint Analysis Unit. BSC-West established that the print from the CA Drivers License in the name of George Wilbert SCOTT Jr. matched to the 10-print arrest fingerprint record in the name of Michael Gary REID, further confirming that they came from the same individual (SUBJECT).

11.  Affiant searched the San Diego Automated Regional Justice Information System (ARJIS) and located a crime case (case #SH0411901/AWDI #SH4053D1055) listing a Michael Gary REID with DOB of 06/17/1976 and FBI #598501RB9 - all matching to SUBJECT- wanted by the San Diego Sheriffs Office (SDSO) on a Felony arrest warrant as a suspect in a Commercial Burglary -Fraud/False Pretenses/Bad Checks case. Affiant obtained copies of the SDSO Report of Investigation. SUBJECT also used the alias name of Robert A. WEST, and presented US Virgin Islands Drivers License # T580142274 in the alias name of WEST, as evidence of his identity in the commission of those crimes.

12.  A TECS search revealed that a Florida Drivers License existed in the name of George Wilbert SCOTT (first name incorrectly spelled as "Geroge") with DOB of 08/08/1976, POB as Virgin Islands, and SSN as #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. Affiant contacted the Florida Dept. of Law Enforcement who provided copies of FL Drivers License # S300-299-76-288-0, as well as copies of the Social Security Number card for SSN: 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 and US Virgin Islands Birth Certificate that the true Geroge (sic) W. SCOTT Jr., submitted as part of his drivers license application. Affiant compared the person in the photographs on the Florida Drivers License in the name of Geroge (sic) Wilbert SCOTT Jr., to the person in the photograph on SUBJECT's California Drivers License of SUBJECT (in the assumed identity name of George Wilbert SCOTT Jr.) and they are not the same individual.

13.  Affiant went to 7107 Broadway, #336, Lemon Grove, CA 91945, the permanent & mailing addresses as listed on SUBJECT's DS-11, and SUBJECT's California Drivers License. The address is a Postal Annex mailbox location. Affiant obtained copies of the SUBJECT's mail box rental agreement (USPS Application of Delivery of Mail from an Agent) for Postal Mail Box (PMB) #336. The application was in the name of Mark A. MILLER. MILLER provided his Florida Drivers License # G562-784-51-465-0 as identification for the mailbox rental application. The application also included a photocopy of SUBJECT's CA D/L # D9575910 in the name of George W. SCOTT Jr., whom the Postal Annex manager stated was later added by MILLER as an additional authorized user of PMB #336. Affiant contacted the Florida Dept. of Law Enforcement who stated that FL Drivers License # G562-784-51-465-0 in the name of Mark A. MILLER does not exist in their record system.

14. On 02/23/08, Affiant sent SUBJECT a letter to 7107 Broadway, #336, Lemon Grove, CA 91945, the address SUBJECT listed as his mailing & permanent address on his DS-11 Passport Application. The letter asked SUBJECT to come to the US Department of State's San Diego Passport Annex, 555 W. Beech St, Suite 222, San Diego, CA, to pick up his US Passport.

15. On 03/04/08, SUBJECT came into the US Department of State's San Diego Passport Annex / Diplomatic Security Service - San Diego Resident Office, to pick up his US Passport. When asked to prove his identity, SUBJECT presented CA DL # D9575910 in the name of George Wilbert SCOTT Jr., as identification. SUBJECT was then interviewed by Affiant. When asked to complete a Supplemental Identification Questionnaire form, which asks a Passport Applicant for additional identification information about his mother, father, and any sisters or brothers, SUBJECT stated "...what happens if I don't know the names of my brothers and sisters?" SUBJECT was asked if his true name was George Wilbert SCOTT Jr., to which he replied " Don't know... maybe... maybe not". When confronted with a copy of the true George Wilbert SCOTT Jr.'s Florida Drivers License, SUBJECT admitted that HE was not George Wilbert SCOTT Jr., and that HE had assumed that identity. SUBJECT was asked his true name and date of birth to which SUBJECT replied "Ian LIVEY, 08/11/1970". Affiant read SUBJECT his Miranda Rights in the English Language from a standard DS Miranda Rights Statement sheet. SUBJECT acknowledged verbally in the English Language that he understood his rights as they were read to him, and signed a Waiver of Rights form agreeing to speak to Affiant, without a lawyer present, about the Passport application and his identity. SUBJECT was asked if 'Ian LIVEY' was *really* his true name and he replied that his true name was actually "Garfield REDDEN", and that he was born in Spanish Town, Jamaica. SUBJECT admitted the following: that HE completed and signed US Passport Application #039578186 as George Wilbert SCOTT Jr.; that HE presented both the Virgin Islands Birth Certificate and California Drivers License in the name of George W. SCOTT Jr., and that it was HIS picture on the US Passport Application. SUBJECT was then shown the copy of the Florida Drivers License in the name of Mark A. MILLER which was used as identification to open the Postal Annex mail box at SUBJECT's mailing address of 7107 Broadway, #336, Lemon Grove, to which SUBJECT stated that that was HIS license, that HE was the person in the photograph, that HE had been using the identity of Mark A. MILLER also, and that the Mark A. MILLER identity was not that of a real person. SUBJECT stated that HE came to the US in 1996 by using a Jamaican Passport in the identity of Ian LIVEY. SUBJECT stated that HE was Jamaican by birth. SUBJECT admitted that HE purchased the Virgin Islands Birth Certificate in the name of George Wilbert SCOTT Jr., for $3000 USD in Hartford, Connecticut several years ago. SUBJECT first claimed to have never used the name Michael Gary REID and to never having been arrested in that name, and then later recanted and admitted that HE used the name of Michael Gary REID and that HE had been arrested in Texas for possession of drugs. SUBJECT also admitted to using the other alias identity of Robert A. WEST, DOB: 08/11/1974, and presenting a US Virgin Islands Drivers License in that identity as identification. SUBJECT signed a Sworn Statement - listing his name as Garfield REDDEN - and stated that he paid $3000 for the identity documents of George W. SCOTT.

16. SUBJECT was also questioned by San Diego District Attorney Investigators about the fraudulent money order charge. SUBJECT's fingerprints were taken, and they returned to an IAFIS record in the name of Gary Michael REID, with FBI # 598501RB9, and with the active warrant from Anahuac, TX noted. SUBJECT was placed under arrest by SD District Attorney Investigators for the outstanding SDSO arrest warrant and transported to San Diego Sheriffs Office County Jail and booked under the name of Michael Gary REID. The following identification documents were in the SUBJECT's possession at the time of arrest: CA D/L # D9575910, CA Identification Card # D9575910, two (2) VISA Credit Cards, all in the name of George Wilbert SCOTT Jr. SUBJECT also possessed a State of California Health Access Benefits card # 98559077Y0 / 5880001 in the name of George SCOTT.

## CONCLUSION

On the basis of the facts presented in this Affidavit, I find probable cause to believe that Garfield REDDEN, AKA Michael Gary REID, George Wilbert SCOTT Jr., Robert A. WEST, Mark A. MILLER, Ian LIVEY, unlawfully, willfully, and knowingly made a false representation as to United States Citizenship when he presented a California Drivers License in the identity of a US Citizen in association with a passport application SUBJECT executed in the name of George Wilbert SCOTT Jr., in violation of Title 18, U.S.C. Section 911: False Representation of U.S. Citizenship, and that Garfield REDDEN, AKA Michael Gary REID, George Wilbert SCOTT Jr., Robert A. WEST, Mark A. MILLER, Ian LIVEY used, without lawful authority, a means of identification of another person with the intent to commit an unlawful activity that constitutes a violation of Federal law, to wit, Garfield REDDEN, AKA Michael Gary REID, George Wilbert SCOTT Jr., Robert A. WEST, Mark A. MILLER, Ian LIVEY presented identification and citizenship documentation that were not his, when he applied for a United States Passport under an assumed name, in violation of Title 18, U.S.C, Section 1028A: Aggravated Identity Theft.

R. Christopher Good
Special Agent
U.S. Department of State
Diplomatic Security Service


SWORN AND SUBSCRIBED TO before me
This 27th day of March, 2008.

UNITED STATES MAGISTRATE JUDGE